**In the Interest of D.L.F., Plaintiff.**

**JUVENILE OFFICER, Respondent,**

v.

**C.F. (Natural Mother), Appellant.**

**No. WD 52269.**

Missouri Court of Appeals,
Western District.

Submitted Sept. 16, 1996.

Decided Jan. 14, 1997.

Nancy Alemifar, Kansas City, for appellant.

Dale N. Godfrey, Guardian ad litem, Donald L. Cain, Kansas City, for respondent.

Before HANNA, P.J., and SMART and LAURA DENVIR STITH, JJ.

***ORDER***

PER CURIAM:

C.F. appeals the judgment of the Circuit Court, Juvenile Division, terminating her parental rights to her minor child, D.L.F., who was four-and-a half years old at the time of trial.

The judgment is affirmed. The decision is without precedential value. A memorandum has been furnished to the parties, explaining the basis of the decision. Rule 84.16(b).